```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 7 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

MICKHAIL BAKRAKH,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

S16 12 Cr. 171 (JPO)

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Peter Skinner;

     It is found that the S16 12 Cr. 171 (JPO) Information (the "S16 Information") and the transcript of defendant Mikhail Bakhrakh's guilty plea to the S16 Information are currently sealed and that the United States Attorney's Office has applied to have the S16 Information and the defendant's plea to the S16 Information unsealed, it is therefore

     ORDERED that the S16 Information and the transcript of defendant Mikhail Bakhrakh's plea to the S16 Information, in the above-captioned action, be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
           April 7, 2014

                                       _____
                                       THE HONORABLE J. PAUL OETKEN
                                       UNITED STATES DISTRICT JUDGE